NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 06 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EARNEST CASSELL WOODS II, | No. 14-16335 |
| Plaintiff-Appellant, | D.C. No. 1:13-cv-00621-AWI-DLB |
| v. | |
| DARRELL ADAMS; MAURICE JUNIOUS; NICHOLS; MERAZ; PHILLIPS; MORA; WILLIAM MCGUINNESS; ELEANOR SANDOVAL, | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Anthony W. Ishii, District Judge, Presiding

Argued and Submitted September 14, 2017
San Francisco, California

Before:    **KOZINSKI** and **FRIEDLAND**, Circuit Judges, and **ARTERTON**,[**]
District Judge.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The Honorable Janet Bond Arterton, United States District Judge for the District of Connecticut, sitting by designation.

**1.** The district court didn't err by finding that Woods failed to show "imminent danger of serious physical injury." 28 U.S.C. § 1915(g). This case is unlike <u>Williams</u> v. <u>Paramo</u>, where the prisoner alleged actual threats of violence. <u>See</u> 775 F.3d 1182, 1190 (9th Cir. 2015).

**2.** We grant Woods's first three motions for judicial notice and deny his fourth motion for judicial notice. Fed. R. Evid. 201(b).

**AFFIRMED**.